IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY POLNOFF, )<br>         Petitioner, )<br>  vs. )<br> )<br>PAUL COPENHAVER, Warden,, )<br>         Respondents. )<br>_____ ) | No. C 10-01200 JW (PR)<br><br>ORDER GRANTING EXTENSION<br>OF TIME TO PAY FILING FEE |

Petitioner, a prisoner currently incarcerated at Federal Detention Center in Dublin, California, seeks petition in pro se for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging the execution of her federal sentence. Petitioner's motion for leave to proceed in forma pauperis was denied on June 17, 2010, because petitioner did not show an adequate level of poverty. (See Docket No. 4.) Petitioner was directed to pay the $5 filing fee within thirty days of the order denying the motion.

Petitioner filed a letter on July 23, 2010, (Docket No. 5), requesting an extension of time to remit payment to the Court. Good cause appearing, her request is GRANTED. Petitioner must pay the full filing fee **no later than August 16, 2010**, or face dismissal of this action without further notice to petitioner.

DATED:   August 2, 2010                    *James Ware*
                                                          JAMES WARE
                                                          United States District Judge

Order Denying IFP
N:\Pro - Se & Death Penalty\August 2010\10-01200Polnoff01200_eot -fee.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AMY POLNOFF,

        Plaintiff,

  v.

PAUL COPENHAVER et al,

        Defendant.
                                              /

Case Number: CV10-01200 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 4, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Amy Polnoff #15870-097
FEDERAL DETENTION CENTER-CAMP PARKS
5675 8th Street
Dublin, CA 94568

Dated: August 4, 2010

                                      Richard W. Wieking, Clerk
                                      /s/ By: Elizabeth Garcia, Deputy Clerk

Order Denying IFP
N:\Pro - Se & Death Penalty\August 2010\10-01200Polnoff01200_eot -fee.wpd